■ The People of the State of New York ex rel. Isaac Jagganarine, Appellant, v Jeffrey J. Murphy, as Sheriff of Washington County, Respondent. [65 NYS3d 473]—Appeal from a judgment of the Supreme Court (McKeighan, J.), entered September 15, 2016 in Washington County, which denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

Judgment affirmed. No opinion.

Peters, P.J., Garry, Lynch, Clark and Aarons, JJ., concur. Ordered that the judgment is affirmed, without costs.

■ In the Matter of Orlando Piletas, Petitioner, v Donald Venettozzi, as Acting Director of Special Housing and Inmate Disciplinary Programs, Respondent. [65 NYS3d 477]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Garry, J.P., Lynch, Devine, Aarons and Pritzker, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.